ALFONSO CUMMARO, Appellant, v. GINO MAGGINI and LOUISE MAGGINI, Defendants, Impleaded with ANTONIO CALANDRA and ARCENGELA CALANDRA, Respondents.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ABE SCHOENBERG, Appellant, v. FRANCIS A. BONNER and DAVID T. BONNER, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Objections of HAMBURG INSURANCE COMPANY.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HUGH F. DICKSON and Others, Respondents, v. HAROLD ROBERTS and Others, Defendants, Impleaded with LANE DRUG STORES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the SECOND RUSSIAN INSURANCE COMPANY, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. Claim of JOHN F. MURPHY.— Order modified by allowing claimant interest only from the date of issuance of the warrant of attachment, January 19, 1923, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE COWARD SHOE, INC., Respondent, v. JULIUS GROSSMAN, INC., and Others, Appellants. JULIUS GROSSMAN, INC., Appellant, v. LANE BRYANT, INC., and Others, Defendants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

IVAN VASILEVICH KLOCHKOV, Appellant, v. PETROGRADSKI MEJDUNARODNI COMMERCHESKI BANK, Also Known as BANQUE INTERNATIONALE DE COMMERCE DE PETROGRAD, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of requiring defendant to give such particulars of the defense of payment as it is able to state at this time and furnish the additional particulars as soon as received, in any event within thirty days prior to the trial of the action. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE CITY OF NEW YORK, Appellant, v. DYCKMAN STREET AND ENGLEWOOD FERRY CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within thirty days from service of this order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.